AO 91 (Rev 8/01)    Criminal Complaint

United States District Court
Southern District of Texas
FILED

JUN 1 0 2015

David J. Bradley, Clerk

# United States District Court

**SOUTHERN** **DISTRICT OF** **TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Erick Alexander Figueroa-Mendez
A094 423 825
AKA:

IAE    YOB:    1981
El Salvador
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number: M-15- 0939 -M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 9, 2015** in **Hidalgo** County, in the **Southern** District of **Texas** (Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not therefore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Erick Alexander Figueroa-Mendez was encountered by Border Patrol Agents near Hidalgo, Texas, on June 9, 2015. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on June 9, 2015, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on May 2, 2014, through Houston, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On March 5, 2009, the defendant was convicted of Manslaughter and sentenced to ten (10) years probation.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Approved by David A. Lindenmuth

Sworn to before me and subscribed in my presence, 6/10/15

Signature of Complainant
Israel Perez    Border Patrol Agent

June 10, 2015    3:51 pm

**Peter E. Ormsby**, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer